UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 11CR5298-JLS |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF PENDING PRO SE MOTION FOR COMPASSIONATE RELEASE** |
| JOSE LUIS MONTELLANO, | |
| Defendant. | |

Pursuant to General Order No. 692-B, notice is hereby given to the Federal Defenders of San Diego, Inc. ("Federal Defenders") that a pro se motion for compassionate release is pending before the Court in this matter. Plaintiff has filed a response. The Court will defer ruling on the motion until the filing of the status report required under General Order No. 692-B.

IT IS SO ORDERED.

Dated: March 5, 2021

Hon. Janis L. Sammartino
United States District Judge

COPIES:

ALL PARTIES/COUNSEL
FEDERAL DEFENDERS OF SAN DIEGO, INC.

1

11CR5298-JLS